O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUN GIM, an individual, | Case No. CV 12-02295 DDP (MRWx) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| WELLS FARGO BANK, M.A.,<br>business entity unknown;<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION business entity<br>unknown;, | [Dkt. No. 4] |
| Defendants. | |

　　　Presently before the court is Defendant Wells Fargo Bank, NA's Motion to Dismiss Plaintiff's Complaint.  Because Plaintiff has not filed an opposition, the court GRANTS the motion.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. CAL. L.R. 7-12.

1    The hearing on Defendant's motion was set for April 30, 2012.

2  Plaintiff's opposition was therefore due by April 9, 2012.  As of

3  the date of this Order, Plaintiff has not filed an opposition, or

4  any other filing that could be construed as a request for a

5  continuance.[1]  Accordingly, the court deems Plaintiff's failure to

6  oppose as consent to granting the motion to dismiss, and GRANTS the

7  motion.

8

9

10  IT IS SO ORDERED.

11

12

13  Dated:May 17, 2012

                        DEAN D. PREGERSON
14                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27
      [1] The automatic stay provisions of 11 U.S.C. § 362 do not
28  apply to pre-petition lawsuits by debtors.  See In re Way, 229 B.R.
    11, 13 (9th Cir. BAP 1998).